**Motion Granted and Order filed July 10, 2018.**



In The

# Fourteenth Court of Appeals
————————

## NO. 14-18-00389-CV
————————

## IN THE INTEREST OF M.R., A CHILD

---

**On Appeal from the 314th District Court
Harris County, Texas
Trial Court Cause No. 2016-04856J**

---

### ORDER

This is an accelerated appeal from a judgment in a parental termination appeal. Appellant C.A.R.'s brief originally was due **June 12, 2018.** No brief or motion for extension of time was filed. On June 26, 2018, this court issued an order for appellant's appointed counsel to file a brief no later than July 6, 2018. In response, appellant requested an extension of time to file a brief.

Appeals in parental termination cases and child protection cases are to be brought to final disposition within 180 days of the date the notice of appeal is filed. *See* Tex. R. Jud. Admin. 6.2(a) (effective May 1, 2012). This accelerated schedule requires greater compliance with briefing deadlines. Accordingly, we grant appellant's motion and issue the following order.

We order appellant's appointed counsel, William Thursland, to file appellant's brief no later than **July 27, 2018.** No further extensions will be granted absent exceptional circumstances. If the brief is not filed by that date, counsel may be required to show cause why counsel should not be held in contempt of court. In addition, the court may require appointment of new counsel due to the failure to timely file appellant's brief.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Donovan and Brown.